RECEIVED

JUL 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Rodney Bradford

v.

Grand Prairie services

Defendant(s)

08CV 4161
JUDGE PALLMEYER
MAGISTRATE JUDGE COX

## COMPLAINT

In May of 2005, I went to Grand Prairie Services to help with depression and PTSD symptoms. I carefully explained my problems with the Korean Racer. I even showed them my own court case against the Korean owned Company, to further illustrate my bouts with depression and P.T.S.D. After the orientation And an appointment, I was given an impromptu Doctor appointment ..... Due to my poor penmanship and Time Constraints, Rest of the complaint is Detailed on Exhibit A.

I Therefore would like To Sue For Malpractice And Egregious Neglect. (See Illinois Inspector Generals Rule 50) For $50,000 Dollars And $370,000 Dollars In Punitive Damages For Irreparable Harm, Limited Income Capacity, Emotional Distress, Mental Anguish

Discovery: March 2007

**From:** rclutchcargo@aim.com
**To:** jdunn@ssaaid.com
**Subject:** june 2005 grand prairie services Rodney Bradford
**Date:** Fri, 1 Feb 2008 2:12 am

*Exhibit A*

Dear Joseph dunn:
In may of 2005 i went to seek psychaitric help at a local clinic to help with depression and ptsd. between the months of may and july, i carefully explained my problem with a asian race(korean), i even showed them my own court case against the korean own company, that i did on my own, to further illustrate my bouts of depression and ptsd. after the orentation and an appointment, i was called in for an impromptu dr appointment with less than two hours notice. at this particular appointment, the doctor they had scheduled me with was of asian descent. after the appointment, the doctor shares with me that he was korean, and could not participate in further treating me because of a conflict and my intense hatred for the korean culture in general. but he did advise that i needed medication of "something" but he could not go any further and would recommend another doctor. after that episode, i was in a state of distraught. the next week or so i went to see another doctor of theirs, and he was the one who basically asked me if i "wanted a pill" to take care of this. i said yes, because of the condition i was in, i just wanted help. so i was prescribed zoloft. after taking the zoloft for a week, i began to experience irritability, zombieish/impaired judgement, sleep deprivation and outburst of anger. soon after i entered a mental health hospital. after the stay, i decided to go to the v.a. for further treatment.meanwhile, the folks from the local clinic were persuading me to go to the v.a. in the exit interview. now fast foward to the present:  About a month , i composed a letter to that same "local clinic" along with other medical correspondances and other letters i have written in the past, explaining my current situation. the medical information i looked up was very interesting. Researchers found that excercise is just as effective as in relieving major depression as are standard antidepressant drugs. the drug used in this study(duke university medical research team oct 2007) was sertraline(zoloft). my current v.a. doctor will sign off on the excercise aspect and the subsequent harm(5yrs to regain a sense of normalcy) that this has all caused. due to the "local clinic's" substandard, neglagent way of handling a delicate situation. as we speak, the local clinic has been in contact with myself, i have obtained the names/phone# of the the director(s) and their compliance officer. i would like your help and or advice in handling this situation..i can provide any and all documents needed. i like to think i have them on their "heels." this coming from one of the directors" we would like to keep this matter in house as much as possible". if you have any questions or concerns please do not hesitate to call..

thank you
sincerely yours
rodney bradford

*If Treating A Pyromanic, One does Not Treat the patient Next To The Fireplace.*

More new features than ever. Check out the new AIM(R) Mail!

*Rodney Bradford*
*1553 Schilling Ave*
*Chicago Hts, IL 60411*