CH

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Rodney Bradford (Pro se)_
(Please print)

STREET ADDRESS: _1553 Schilling Ave_

CITY/STATE/ZIP: _Chicago Hts., IL 60411_

PHONE NUMBER: _(708) 709-0512_

CASE NUMBER: 08CV 4161
JUDGE PALLMEYER
MAGISTRATE JUDGE COX

_[signature]_          _7/22/08_
Signature                Date

**FILED**
JUL 2 2 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT