# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4161 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Rodney Bradford vs. Grand Prairie Services | | |

**DOCKET ENTRY TEXT**

Plaintiff Rodney Bradford's *pro se* complaint appears to allege a state law claim of medical malpractice. Such a claim does not lie within the court's jurisdiction unless the parties are citizens of different states and at least $75,000 is at stake. Mr. Bradford's complaint does not establish either of these requirements. Mr. Bradford is a resident of Chicago Heights, Illinois. The court's own investigation reveals that Grand Prairie Services are located in Illinois as well. Mr. Bradford's complaint is dismissed without prejudice to proceeding in state court. His motion for leave to proceed *in forma pauperis* [4] and his motion for appointment of counsel [5] are stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-04161　Document 6　Filed 07/28/2008　Page 1 of 1

08C4161 Rodney Bradford vs. Grand Prairie Services　　　　Page 1 of 1